560 A.2d 148

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Evaristo Victor SANCHEZ.**

Supreme Court of Pennsylvania.

July 5, 1989.

## ORDER

PER CURIAM:

Order affirmed. *See Commonwealth v. Stephen J. Gambal, III,* 522 Pa. 280, 561 A.2d 710 (1989).